AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

VICTOR HUGO RAMIREZ and EMILY PALAMOS RAMIREZ

Plaintiff

V.

OCWEN LOAN SERVICING, LLC

Defendant

CASE NUMBER: 1:15-cv-08923

ASSIGNED JUDGE: Hon. Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

TO: (Name and address of Defendant)

Ocwen Loan Servicing, LLC
Illinois Corporation Service Co., as Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul M. Bach
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOM

THOMAS G. BRUTON, CLERK
(By) DE

(By) DEPUTY CLERK



DATE
October 14, 2015

DATE

Civil Action No. 1:15-cv-08923

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Victor & Emily Ramirez v. Ocwen Loan Servicing, LLC
was received by me on *(date)* 10/26/2015 .

☑ I personally served the summons on the individual at *(place)* 801 Adlai Stevenson Drive, Springfield, IL. 62703 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* LaShawn Devos , who is designated by law to accept service of process on behalf of *(name of organization)* Ocwen Loan Servicing, LLC on *(date)* 10/29/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/30/2015

*Kim Elitzer*
Server's signature

Kim Elitzer - Process Server
Printed name and title

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
Server's address

Additional information regarding attempted service, etc: